UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Vs. CR 99-65ML

FRANCISCO GONZALEZ REYES, a/k/a
EDWIN REYES

# ORDER

The Government is hereby ordered to file its response to defendant's Motion for Waiver of Fine on or before **October 26, 2007.**

SO ORDERED

Mary M. Lisi
Chief U.S. District Judge
October 11, 2007

Entered as an Order of this Court on October 12, 2007.

Barbara Barletta
Deputy Clerk