this copy for Judge

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT COURT OF RHODE ISLAND

FILED OCT 9 200_

FRANCISCO GONZALEZ REYES )
A/k/A, EDWIN REYES, )
PETITIONER/DEFENDANT, )
-v- )
UNITED STATES OF AMERICA, )
Respondent/Plaintiff. )

CASE. NO.1:99cr000065-01 ML
JUDGE: LISI
DISTRICT COURT OF RHODE ISLAND

CASE. NO.01:S 99cr 1074-01
JUDGE: WOOD
SOUTHERN DISTRICT OF NEW YORK.

MOTION FOR WAIVER OF FINE

---

## MOTION FOR WAIVER OF FINE

Comes now, FRANCISCO GONZALEZ REYES, Petitioner/Defendant, petitioner here-in - after, Pro-Se in forma pauperis, and moves The Honorable Court to grant this motion for waiver of fine based on the following reason.

## BACKGROUND

On 02 18-2000, and also 10 22-2002, petitioner was sentenced at the Honorable Court for violation of 21:845 (A) (B) (C),,Distribution of heroin, U.S. DISTRICT COURT OF RHODE ISLAND, and 21:846 Conspiracy to distribute and possess with intent to Distribution, Cocaine base. Sentence to term of,50 months and 135 months,,for which he was granted bail. BAIL wasgranted on 06 22-1999, after petitioner failed toreturn to Court at the scheduled appointment and bail was revoked.

## FACTS

On 10 01-1999, Petitioner was apprehended and returned to custody Thereafter, he was fines by the Court, for destroying an ankle bracelet, home confirnement with eletronic monitoring. That had been placed on the ankle as part of the bail package.

THROUGHOUT, The years petitioner have paid the fine without refusing or complaining, or requesting a redution nor waiver till his present situattion, which is that, petitioner is presently incarcerated at The Moshannon Valley Correctional Center, which is a privately , owner and operated facility.

There is no UNICOR, as in the Federal Bureau prisons facility were an inmate may earn enough to pay a fine and help to his family, or make payment program for Court imosed fines, fees, costs, and other legal responsibilities.
also have funds to purchase the basic necessaties, financial needs.
The average pay for job assignment, duties is about four dollars and to fiffteen dollars, $ 4.00 to $ 15.00 dollars per months, not enough to meet my obligation, of the fines that was imposed by the Honorable Court, his monthly pay amounts $ 10.08 to $ 9.00.
ADDITIONALLY, with time the health of petitioner has deteriorated has diabetic,high blood pressure, high cholesterol, had a double bi-passed heart surgery, due the combination of problems his vision is very blurred,
On 1994 the petitioner was shot in car jacked on Boston, MA. and had tree surgery in his righ knee, as the result of the injury over the years, the petitioner suffering from alot pain from arthristis taken several medications for pain kill.
Medications daily, for diabetes, blood pressure, and other.
AS metformin, insulin, glyburide,atenol, lisinopril, aspirin also zoloft.

PETITIONER/DEFENDANT, still have fifty (50) months to serve he can not continue to meet the obligation to pay the fine imposed by The Honorable Court.

Petitioner, have been incarcerated over seven (7) years, without any emotional support, from relatives, and also any economic support his situatuion is worse, him could not cope with all these problems.

FUTHERMORE, Petitioner have been preparing for a better future and he have slowly overcome difficulties of his past.

petitioner, have gathered enough strengh to remain, drug free that drug addition was the mayor problems in the petitioiner life.

Petitioner, have been complete out crime or erroneous behaivor his have an excellent conduct record, and academic record is outstanding.

Petitioner, have his ESL certificate, received his GED, taken french course, sales and marketing classes, Culinary course and continued attending the BOP programs,

Also numerous correspondence courses, to continued with his adult education.

PETITIONER/DEFANDANT, will be removed from the UNITED STATES all ready have an immigration detainer.

## CONCLUSION

**THEREFORE,** for the foregoing reasons due to defedant financial hardship he can not continue to pay the fine, he is currently making $9.00 dollars per month, and there is no job available in this facility were defedant is incarcereted, that he could earn adequate income to meet such obligations.
It will be in the interest if the fine can be suspended waived in the interest of justice.

PETITIONER, pray that the Honorable Court,grants request motion for waiver of fine or as the Court deems just and proper, under the penalty of perjury, I swear that the afore-going, motion for waiver the fine, it true and correct and that a true and original copy has been sent to respondents.

RESPECFULLY SUBMMITED

FRANCISCO GONZALEZ REYES

M.V.C.C.
555 I-CORNELL DRIVE
PHILISBURG,PA.16866

DATED THIS 2 th DAY OF OCTOBER, 2007

Tammera Gondek 10/02/2007

SIGNATURE OF NOTARY

FRANCISCO GONZALEZ REYES
BOP. NO. 04740-070

Tammera Gondek

PRINTED NAME OF NOTARY

M.V.C.C.
555 I-( CORNELL DRIVE
PHILISBURG,PA.16866.

06/29/2010

COMMISSION EXPIRES ON

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tammera Gondek, Notary Public
Decatur Twp., Clearfield County
My Commission Expires June 29, 2010
Member, Pennsylvania Association of Notaries

SEAL OF NOTARY