UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 99-065 ML

FRANCISCO GONZALEZ REYES
a/k/a EDWIN REYES

ORDER

Defendant's Motion for Waiver of Fine is DENIED for the reasons set forth in the government's response.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
October 26, 2007